**Frank Allen LEARY, Appellant, v. PHILLIPS PETROLEUM COMPANY.**

No. 10975.

Circuit Court of Appeals, Eighth Circuit.

July 12, 1937.

David M. Proctor, of Kansas City, Mo., for appellant.

R. H. Hudson and R. L. Foster, both of Bartlesville, Okl., and H. H. Booth and J. H. Snyder, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.

**In the Matter of Charles E. LEVERICH and Elizabeth A. Leverich, Debtors.**

**Charles E. LEVERICH and Elizabeth A. LEVERICH v. The PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

No. 6224.

Circuit Court of Appeals, Seventh Circuit.

July 7, 1937.

A. L. Vollborn, Jr., of Danville, Ill., for appellants.

Geo. E. Drach, of Springfield, Ill., and Wallace T. Filson, of Danville, Ill., for appellee.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

**Scott LITTON, Creditor, Appellant, v. Jean McNeil PEPPER, Appellee.   In the Matter of DIXIE SPLINT COAL COMPANY, Bankrupt.**

No. 4197.

Circuit Court of Appeals, Fourth Circuit.

June 16, 1937.

Henry Roberts, of Bristol, Va., M. M. Long of St. Paul, Va., and I. M. Quillen, of Lebanon, Va., for appellant.

A. K. Morison, M. M. Heuser, H. E. Widener, and Warren & Cantwell, all of Bristol, Va., for appellee.

PER CURIAM.

Appeal denied without prejudice, etc. Order filed.